UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

KASSEM HARRIS,

           Defendant.

------------------------------------------------------x

**ORDER**

19 Cr. 746-01 (NSR)

**ROMÁN, D.J.:**

The attorney _____Barry Weinstein_____ privately retained to represent defendant is hereby ordered
                Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

_____Daniel Parker_____, CJA counsel.
    Attorney's Name

**SO ORDERED.**

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        December 18, 2019

