**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

June 9, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
19 Cr 746 (NSR)

Dear Judge Roman:

I write with the consent of the Government requesting that the Court adjourn the conference scheduled for June 17th in the above-captioned matter for approximately 90 days.

It is my current intention to file a suppression motion, but I am unable to do so until I meet with the defendant and further investigate this matter, which I have been unable to do so in the past few months.

Accordingly, I respectfully request that the Court adjourn this conference and continue to extend the time for the defendant to file motions. I consent to the exclusion of speedy trial time.

If the foregoing is acceptable to the Court, then I respectfully request that Your Honor "SO ORDER" this letter granting an extension.

Thank you for your consideration in this matter.

Respectfully,

/s/

Daniel S. Parker

Cc: all parties (by ECF)

The Court grants Defts' requests. The suppression briefing schedule is extended as follows: moving papers shall be filed on Aug. 7, 2020; Gov't opposition papers shall be filed on Sept. 9, 2020; and reply papers shall be filed Sept. 25, 2020. The Status Conf. is adjourned from June 17, 2020 until Oct. 23, 2020 at 10:30 am. Clerk of the Court requested to terminate the motion (doc. 15).
Dated: June 11, 2020                                    SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020