**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

August 6, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
19 Cr 746 (NSR)

Dear Judge Roman:

I write with the consent of the Government requesting that the Court adjourn the motion schedule for 60-90 days.

It is my current intention to file a suppression motion, but I am unable to do so until I meet with the defendant and further investigate this matter, which I have been unable to do so in the past few months.

Accordingly, I respectfully request that the Court extend the time for the defendant to file motions. I consent to the exclusion of speedy trial time.

If the foregoing is acceptable to the Court, then I respectfully request that Your Honor "SO ORDER" this letter granting an extension.

Thank you for your consideration in this matter.

Respectfully,

/s/

Daniel S. Parker

Cc: all parties (by ECF)

The Court grants Deft's request extending the suppression briefing schedule as follows: moving papers shall be filed on Oct. 7, 2020; Gov't opposition papers shall be filed on Nov. 9, 2020; and reply papers shall be filed Nov. 23, 2020. The Status Conference is adjourned from Oct. 23, 2020 until Jan. 8, 2021 at 1:00 pm. Clerk of the Court requested to terminate the motion (doc. 18).
SO ORDERED.
Dated: Aug. 7, 2020

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE