**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                   TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                              FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                         DanielParker@aol.com

September 20, 2021

**By Email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
**19 Cr 746 (NSR)**

Dear Judge Roman:

    Together with Joshua J. Horowitz, I represent Kassem Harris in the above-captioned matter.  On July 10, 2020, Your Honor signed an Order permitting me to expend CJA funds to hire Mr. Horowitz as associate counsel on this matter at a rate of $90/hour for up to 100 hours.  Mr. Horowitz has informed me that to date, he has completed approximately 100 hours of work on this matter.

    I write to Your Honor to request authorization for Mr. Horowitz to perform up to an additional 40 hours of work in this case.  There are several complex sentencing issues that have arisen, and Mr. Horowitz's will assist me in conducting legal research on those issues and in preparing a sentencing submission on behalf of Mr. Harris.

    If the foregoing meets with the Court's approval, I respectfully request that you "So Order" this letter.  Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

---

Deft's request for authorization for Joshua Horowitz to perform up to 40 additional hours at a rate of $90/hr as associate counsel is GRANTED. Clerk of Court requested to terminate the motion (doc. 44).    Dated: Sept. 20, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021