**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

October 1, 2021

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
**19 Cr 746 (NSR)**
**14 Cr 645-03 (NSR)**

Dear Judge Roman:

Together with Joshua J. Horowitz, I represent Kassem Harris in the above-captioned matter. We write requesting that the Court adjourn the sentencing proceeding currently scheduled for October 20 or 21st to a date in the first week of December. We are still preparing our sentencing memorandum and need further time.

I have conferred with AUSA David Felton and the Government does not object to this request.

In addition, if the Court is contemplating holding this sentencing proceeding in person then we look forward to being present in Your Honor's courtroom.

If the foregoing meets with the Court's approval, I respectfully request that you "So Order" this letter. Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker
Joshua Horowitz

---

Deft's request to adjourn the Sentencing (19 cr 746) and the Final VOSR (14 cr 645-03) from Oct. 20, 2021 or, alternatively, Oct. 21, 2021 until Dec. 7, 2021 at 1:00 pm or, alternatively Dec. 8, 2021 at 3:00 pm is GRANTED without objection by the Gov't. Clerk of Court requested to terminate the motion in 19 cr 746 (doc. 46).

Dated: Oct. 19, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021