MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                     FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                 DaniellParker@aol.com

June 28, 2022

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Kassem Harris**
19 Cr 746 (NSR) and VOSR 14 Cr 645-03

Dear Judge Roman:

I write requesting that the Court adjourn the VOSR sentencing proceeding currently scheduled for Thursday, July 7, 2022, at 2:30 p.m. for approximately 30-45 days.

I have conferred with AUSA Felton and the Government opposes this request.

Mr. Harris, after finally getting clearance from his insurance provider, had an MRI performed on June 20, 2022, pertaining to his diagnosis of a retrocerebellar arachnoid cyst. A copy of the MRI report is attached hereto.

He was told that he needed to see his doctor to discuss the most appropriate course of treatment. Mr. Harris has a scheduled appointment for July 5, 2022. It is anticipated that his doctor is going to discuss treatment options with him, which may include a surgical procedure.

Since the last court date, Mr. Harris has been fully compliant with all of his conditions of supervised release.

We submit that an adjournment for sentencing is necessary so that Mr. Harris can undergo continued treatment and so that we can also provide the Court with further information prior to imposing sentence.

Accordingly, we request an adjournment of the VOSR sentencing proceeding.

1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2022

                                        Respectfully submitted,

                                        */s/ Daniel S. Parker*

                                        Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622

Cc: AUSA David Felton
    (by ECF and email)

Deft's request to adjourn both of the referenced in-person VOSR Sentencings from July 7, 2022 until Sept. 23, 2022 at 3:45 pm is GRANTED over the Govt's opposition. Clerk of Court is requested to terminate both motions (19cr746 ECF No. 63 and 14cr645-03 ECF No. 92).
Dated: White Plains, NY
        June 30, 2022

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

2