MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 12, 2023

**BY ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

Re: *United States* v. *Kassem Harris*, Nos. 19 Cr. 746 (NSR), 14 Cr. 645-03 (NSR)

Dear Judge Román:

The Government writes respectfully to request that the supervised release conference in the above-referenced matters currently scheduled for April 19, 2023, at 9:45 a.m., be adjourned for another 90 days. I have conferred with defense counsel, who consents to this request. As previously explained, Mr. Harris has new pending federal charges, and the additional time would enable the parties to continue ongoing plea negotiations.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Ryan W. Allison
Assistant United States Attorney
(914) 993-1953

cc:    Defense counsel (by ECF and Email)

**The Govt's request to adjourn the in-person VOSR Admission/ Sentencing Conf. from April 19, 2023 until July 26, 2023 at 2:00 pm is GRANTED with Deft's consent. Clerk of Court is requested to terminate motions in both cases at 19cr746 - ECF No. 68 and 14cr645-03 - ECF No. 97.**
**Dated: White Plains, NY**        SO ORDERED:
        **April 17, 2023**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/17/2023___